Monte J. White & Associates
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| Glynda Ann Duncan § | |
| § | CASE NO.14-70202 hdh-13 |
| § | |
| DEBTOR § | |

## MOTION FOR CONTINUANCE OF
## §341 MEETING OF CREDITORS AND HOLD BY TELEPHONE

Debtor in the above-styled cause requests the Court to allow a continuance of the §341 Meeting of Creditors and Hold by Telephone scheduled for July 29, 2014 in the Courtroom of the U.S. Bankruptcy Court, 10th and Lamar Street, Wichita Falls, Texas.

Debtor requests the continuance because Debtor contacted our office Friday, July 25, 2014 after a doctor's appointment. She is having additional serious heart problems and neurological problems and unable to attend. She is requesting the continued meeting to held on telephone, in case she will not be able to attend in person.

FOR THESE REASONS, Debtor prays for an order from the Court granting Debtor a continuance of the §341 Meeting of Creditors to be Held by Telephone to August 13, 2014 at 11:00 AM.

Respectfully submitted,
/s/Monte J. White, Attorney for Debtor

### CERTIFICATE OF CONFERENCE

On July 28, 2014, the Office of Monte J. White & Associates, P.C., contacted Marc McBeath, Counsel for the Chapter 13 Trustee and was advised that the Trustee does not oppose the Motion.

/s/Monte J. White, Attorney for Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 07/29/2014, a true and correct copy of the foregoing Motion for Continuance was served on all parties of interest on the mailing matrix U.S. Mail:

Monte J. White, Attorney for Debtor

```
Label Matrix for local noticing          1100 Commerce Street                   240n Physicians, PC
0539-7                                   Room 1254                              PO Box 403631
Case 14-70202-hdh13                      Dallas, TX 75242-1305                  Atlanta, GA 30384-3631
Northern District of Texas
Wichita Falls
Tue Jul 29 11:22:52 CDT 2014

American Medical Response                Capital Management Services LP         Cbsa
20101 Hamilton Ave Ste 300               698 1-2 South Ogden St                 Attn:Bankruptcy
Torrance, CA 90502-1351                  Buffalo, NY 14206                      PO Box 1929
                                                                                Stillwater, OK 74076-1929


ER Solutions-Convergent Outsourcing, INC Fidelity Bank                          First Premier Bank
PO Box 9004                              2525 Kell Blvd Suite 100               601 S Minnesota Ave
Renton, WA 98057-9004                    Wichita Falls, TX 76308-1043           Sioux Falls, SD 57104-4868


Ginnys-Swiss Colony Inc                  (p)INTERNAL REVENUE SERVICE            LVNV Funding Llc
Attn: Bankruptcy                         CENTRALIZED INSOLVENCY OPERATIONS      CO Resurgent Capital
1112 7th Ave                             PO BOX 7346                            Greenville, SC 29603
Monroe, WI 53566-1364                    PHILADELPHIA PA 19101-7346


Midnight Velvet                          National Service                       Pinnacle Credit Service
Swiss Colony Midnight Velvet             18912 North Creek                      Attn: Bankruptcy
1112 7th Ave                             Bothell, WA 98011-8016                 PO Box 640
Monroe, WI 53566-1364                                                           Hopkins, MN 55343-0640


Preferred Credit Inc                     RJM Acq Llc                            RJM Acquisitions Funding LLC
PO Box 1970                              575 Underhill Blvd, Ste 224            575 Underhill Blvd Suite 224
St Cloud, MN 56302-1970                  Syosset, NY 11791-3416                 Syosset, NY 11791-4437


Seventh Avenue                           Trident Asset Management               Unique National Collec
1112 7th Ave                             53 Perimeter Ctr E Ste 4               119 E Maple St
Monroe, WI 53566-1364                    Atlanta, GA 30346-2287                 Jeffersonville, IN 47130-3439


United States Trustee                    Glynda Ann Duncan                      Monte J. White
1100 Commerce Street                     1201 Shady Ln                          Monte J. White & Associates, P.C.
Room 976                                 Burkburnett, TX 76354-3237             1106 Brook Avenue
Dallas, TX 75242-0996                                                           Hamilton Place
                                                                                Wichita Falls, TX 76301-5009


Robert B. -AB-AM-SA-WF Wilson
6308 Iola Avenue
Lubbock, TX 79424-2735
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures           End of Label Matrix
1100 Commerce St., Room 951      Mailable recipients    24
Mail Stop 5029 DAL               Bypassed recipients     0
Dallas, TX 75246                 Total                  24
```