Monte J. White & Associates
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| Glynda Ann Duncan § | |
| § | CASE NO.14-70202 hdh-13 |
| § | |
| DEBTOR § | |

AMENDED MOTION FOR CONTINUANCE OF
§341 MEETING OF CREDITORS AND HOLD BY TELEPHONE

Debtor in the above-styled cause requests the Court to allow a continuance of the §341 Meeting of Creditors and Hold by Telephone scheduled for July 29, 2014 in the Courtroom of the U.S. Bankruptcy Court, 10th and Lamar Street, Wichita Falls, Texas.

Debtor requests the continuance because Debtor contacted our office Friday, July 25, 2014 after a doctor's appointment. She is having additional serious heart problems and neurological problems and unable to attend. She is requesting the continued meeting to be held by telephone, in case she will not be able to attend in person.

FOR THESE REASONS, Debtor prays for an order from the Court granting Debtor a continuance of the §341 Meeting of Creditors to be Held by Telephone to August 12, 2014 at 11:00 AM.

Respectfully submitted,
/s/Monte J. White, Attorney for Debtor

CERTIFICATE OF CONFERENCE

On July 28, 2014, the Office of Monte J. White & Associates, P.C., contacted Marc McBeath, Counsel for the Chapter 13 Trustee and was advised that the Trustee does not oppose the Motion.

/s/Monte J. White, Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 07/31/2014 a true and correct copy of the foregoing Amended Motion for Continuance was served on all parties of interest on the mailing matrix U.S. Mail:

Monte J. White, Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 14-70202-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Jul 29 11:22:52 CDT 2014 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 24On Physicians, PC<br>PO Box 403631<br>Atlanta, GA 30384-3631 |
| American Medical Response<br>20101 Hamilton Ave Ste 300<br>Torrance, CA 90502-1351 | Capital Management Services LP<br>698 1-2 South Ogden St<br>Buffalo, NY 14206 | Cbsa<br>Attn:Bankruptcy<br>PO Box 1929<br>Stillwater, OK 74076-1929 |
| ER Solutions-Convergent Outsourcing, INC<br>PO Box 9004<br>Renton, WA 98057-9004 | Fidelity Bank<br>2525 Kell Blvd Suite 100<br>Wichita Falls, TX 76308-1043 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Ginnys-Swiss Colony Inc<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV Funding Llc<br>CO Resurgent Capital<br>Greenville, SC 29603 |
| Midnight Velvet<br>Swiss Colony Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566-1364 | National Service<br>18912 North Creek<br>Bothell, WA 98011-8016 | Pinnacle Credit Service<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343-0640 |
| Preferred Credit Inc<br>PO Box 1970<br>St Cloud, MN 56302-1970 | RJM Acq Llc<br>575 Underhill Blvd, Ste 224<br>Syosset, NY 11791-3416 | RJM Acquisitions Funding LLC<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-4437 |
| Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Trident Asset Management<br>53 Perimeter Ctr E Ste 4<br>Atlanta, GA 30346-2287 | Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Glynda Ann Duncan<br>1201 Shady Ln<br>Burkburnett, TX 76354-3237 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |
| Robert B. -AB-AM-SA-WF Wilson<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures              End of Label Matrix
1100 Commerce St., Room 951         Mailable recipients    24
Mail Stop 5029 DAL                  Bypassed recipients     0
Dallas, TX 75246                    Total                  24
```