

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 1, 2014**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| Glynda Ann Duncan § | CASE NO.  14-70202.hdh-13 |
| § | |
| § | |
| DEBTOR § | |

### ORDER CONTINUING §341 MEETING OF CREDITORS AND HOLD BY TELEPHONE

The Motion of the above-named Debtor to continue the §341 Meeting of Creditors previously scheduled for July 29, 2014 11:00 a.m. in the Courtroom of the U.S. Bankruptcy Court, 10th and Lamar Street, Wichita Falls, TX is sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the §341 Meeting of Creditors shall be continued and held by telephone on August 13, 2014 at 11:00 AM.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com